Received:
05/16/08  10:09 FAX                    JUDGE BERMAN

May 28 2008 06:59pm

DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Norma Rodriguez
            Plaintiff(s),

    - v -

City of New York, et al.
            Defendant(s).
------------------------------------------------X

Case Management Plan

08 CV. 4393 (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __August 29, 2008__

(ii) Amend the pleadings by __August 29, 2008__

(iii) All discovery to be expeditiously completed by ~~December 16, 2008~~ 11/18/08 Fact + Expert

(iv) Consent to Proceed before Magistrate Judge __No__

(v) Status of settlement discussions __Ongoing__ 11/18/08 @ 9:00 with Principals

Sections vi through xi will be set at conference with the Court.

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
            6/16/08

RMB
Hon. Richard M. Berman, U.S.D.J.